Pro Se 1 2016

```
_____ FILED   _____ LODGED
                 _____ RECEIVED

         MAY 06 2021

    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Michael Leroy Carmon

CASE NO. 3:21-cv-05333-BHS
[to be filled in by Clerk's Office]

Plaintiff(s),

COMPLAINT FOR A CIVIL CASE

v.

Jury Trial: ☒ Yes  ☐ No

Keurig Dr. Pepper Corporation

Jasmine Grissom

Sterling Hatch,

Defendant(s).

I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

    Name              Michael Leroy Carmon
    Street Address    10011 Bridgeport Way SW #237
    City and County   Lakewood - Pierce County
    State and Zip Code Washington 98499
    Telephone Number  253-517-0729

COMPLAINT FOR A CIVIL CASE - 1

TAC 01WS9 $402.1

*Pro Se 1 2016*

B.  Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Keurig Dr. Pepper Corporation |
| Job or Title *(if known)* | |
| Street Address | 3324 142nd Ave. Suite 200 |
| City and County | Sumner - Pierce |
| State and Zip Code | Washington 98390 |
| Telephone Number | 253-447-9222 |

Defendant No. 2

| | |
|---|---|
| Name | Jasmine Grissom |
| Job or Title *(if known)* | HR Director - Human Resource |
| Street Address | 3324 142nd Ave. Suite 200 |
| City and County | Sumner - Pierce |
| State and Zip Code | Washington 98390 |
| Telephone Number | 253-447-9222 |

Defendant No. 3

| | |
|---|---|
| Name | Sterling Hatch |
| Job or Title *(if known)* | General Manager |
| Street Address | 3324 142nd Ave. Suite 200 |
| City and County | Sumner - Pierce |
| State and Zip Code | Washington 98390 |
| Telephone Number | 253-447-9222 |

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

1  Defendant No. 4

2  Name _____
3  Job or Title *(if known)* _____
   Street Address _____
4  City and County _____
5  State and Zip Code _____
   Telephone Number _____
6

7
8  **II.   BASIS FOR JURISDICTION**

9  Federal courts are courts of limited jurisdiction (limited power). Generally, only two
10 types of cases can be heard in federal court: cases involving a federal question and cases
11 involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under
12 the United States Constitution or federal laws or treaties is a federal question case. Under 28
13 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and
14 the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of
15 citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16 What is the basis for federal court jurisdiction? *(check all that apply)*

17 ☒ Federal question      ☐ Diversity of citizenship

18 Fill out the paragraphs in this section that apply to this case.

19 A.  If the Basis for Jurisdiction Is a Federal Question

20 List the specific federal statutes, federal treaties, and/or provisions of the United States
21 Constitution that are at issue in this case.

22    Title 18 U.S.C. Section #241 - Conspiracy against rights

23    Title 18 U.S.C. Section #242 - Deprivation of rights under color

24                                                              of law

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2016

B. If the Basis for Jurisdiction Is Diversity of Citizenship

    1. The Plaintiff(s)

        a. If the plaintiff is an individual.

The plaintiff (name) __Michael Leroy Carmon__, is a citizen of the State of (name) __Washington__.

        b. If the plaintiff is a corporation.

The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2. The Defendant(s)

        a. If the defendant is an individual.

The defendant, (name) __Keurig Dr. Peper Corp.__, is a citizen of the State of (name) __Washington__. Or is a citizen of (foreign nation) _____.

        b. If the defendant is a corporation.

The defendant, (name) __Keurig Dr. Pepper Corp.__, is incorporated under the laws of the State of (name) __Washington__, and has its principal place of business in the State of (name) __Washington__.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) __United States__.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

3.   The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

lost wages, 401k benefits, medical costs and coverage paid into profit shares.

### III.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Suspended/terminated by Keurig Dr. Pepper. Covid virus was concern of Plaintiff, Company had no concern of employee interest in Covid 19.

### IV.   RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Plaintiff is asking interest, lost wages, medical, 401k contributions and punitive damages for humiliation of dignity and character $5 million damages

### V.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

1 purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
2 (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
3 reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
4 identified, will likely have evidentiary support after a reasonable opportunity for further
5 investigation or discovery; and (4) the complaint otherwise complies with the requirements of
6 Rule 11.
7     I agree to provide the Clerk's Office with any changes to my address where case-related
8 papers may be served. I understand that my failure to keep a current address on file with the
9 Clerk's Office may result in the dismissal of my case.

10   Date of signing:         MAY 6, 2021
11   Signature of Plaintiff   *Michael Leroy Carmon* (signature)
12   Printed Name of Plaintiff  Michael Leroy Carmon

14   Date of signing:
15   Signature of Plaintiff
16   Printed Name of Plaintiff

18   Date of signing:
19   Signature of Plaintiff
20   Printed Name of Plaintiff

COMPLAINT FOR A CIVIL CASE - 6

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Michael Carmon<br>10011 Bridgeport Way SW #237<br>Lakewood, WA 98499 | From: | Seattle Field Office<br>909 First Avenue<br>Suite 400<br>Seattle, WA 98104-1061 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2020-24382 | Joslyn Burchett,<br>Investigator | (206) 576-3023 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*/s/* for     March 10, 2021

Nancy A. Sienko,
Director

Enclosures(s)     *(Date Issued)*

cc:    **KEURIG GREEN MOUNTAIN, INC.**
      **Attn: Human Resources**
      **3324 142nd Avenue East, Suite 200**
      **Sumner, WA 98390**

See something – Say something – <u>Policy</u>

On approximate date Oct/Nov 2019 a woman died inside the warehouse of Keurig Dr. Pepper! I heard it said that she informed people she did not feel well. I did see the ambulance arrive. Production was stopped and all employees were asked to go into the break room.

Once inside the break room we were informed: If you see something, say something. It is very important.

On March 3, 2020 at approximately 7:30 – 8:00 p.m. I told team member Leroy, Bello and Tammy I needed to go to the men's bathroom. Upon entering the bathroom I noticed Leke standing in front of the sink, wet towel on his face and head. I repeatedly asked, are you okay? He never answered me. As I went to wash my hands I thought about Covid 19. I had already touched the water faucet and I panicked. Touching the door knob was frightening – I could not get out of there fast enough. I immediately went to the first work station to call about a person sick in the bathroom. I was confronted by Jimmy Beard about hairnet. I tried to ignore him. I wear a bald head. We argued – hairnet was not important. My only concern was the Covid virus. I returned to the work area, told Bello, Leroy and Tammy what I saw inside the bathroom and Leke did not respond when I asked if he was okay.

I was called into the office with Patrick and another supervisor, told I would be suspended. Waited to hear from Personnel Director Jasmine Grissom/Sterling Hatch, General Manager. Was told in three days, 72 hours I needed to speak to legal department about future employment. I was never contacted until May 2020. March 10, 2020, Covid 19 was declared a world-wide pandemic. One week later I was not contacted until May18, 2020.

Employment Security Department, Olympia, Washington was never given sufficient information about my employment with Keurig Dr. Pepper.

The woman who died at Keurig Dr. Pepper inside the warehouse did work in the area where I was confronted by Jimmy Beard.

It can be assumed she died of Covid 19 – however it was not detected in early Oct/Nov 2019. People said she had complained she was not feeling well and was ignored!

After my termination/suspension I was told from several employees there was someone who did contract the Covid virus in work area plo#57 area. I tried to call to report the incident in the bathroom at Keurig Dr. Pepper.

Numerous occasions I can recall not feeling well and I would ask to leave and was denied. "We need you to stay."

I was treated with indifference as a Black man at Keurig Dr. Pepper.

Michael Gary Carmon – May 5, 2021

<u>**Sent via FedEx**</u>

May 28, 2020

Michael Carmon
10011 Bridgeport Way SW
#237
Lakewood, WA 98499

Dear Michael:

This letter is written to inform you that we will be ending your employment at Keurig Dr Pepper (Keurig), effective May 28, 2020. Your final paycheck will be mailed directly to you and will include a payment representing hours of accrued and unused Combined Time Off (CTO). Keurig is requesting you return any company property assigned to you, to my attention.

Keurig will continue your health, dental and vision benefits until May 31, 2020 (last calendar day of this month). After that point you will be contacted, in writing, by Benefitsolver, our vendor, to provide you with notification about your rights to continue participation in our group health insurance through an exercise of COBRA rights.

Keurig will pay for you to attend up to three (3) outplacement sessions with our Employee Assistance Provider. The sessions should be used prior to August 31, 2020 (3 months from term month). The toll free number is 1-800-327-4573. Your sessions are confidential.

Please refer to the attached Benefits and Pay Summary for U.S. Exiting Employees for how your status change affects each of your benefits.

I thank for your service to Keurig and wish you well in your future endeavors.

Best regards,

*Jasmine Grissom*

Jasmine Grissom
Human Resource Manager
Keurig Dr Pepper
Enclosures: Benefits Summary; Confidentiality Agreement





```
TRANSMISSION VERIFICATION REPORT

                                       TIME   : 03/19/2020 13:54
                                       NAME   : 0932
                                       FAX    : 2539839898
                                       TEL    : 2539839191
                                       SER. # : U63314D6J251832


DATE,TIME              03/19  13:52
FAX NO./NAME           18003011796
DURATION               00:01:49
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
```



**Employment Security Department**
WASHINGTON STATE
P.O. Box 9046, Olympia, WA 98507



3775

MICHAEL L. CARMON
10011 BRIDGEPORT WAY SW 237
LAKEWOOD WA 98499-2332

Date: Mar 17 2020
Letter ID: L0012098699
Claimant ID: TTCZ6L

Dear MICHAEL CARMON:                                            Separation from a job

**You must respond to this letter by Mar 26 2020.**

We need you to answer the questions below. Then we will decide whether we can pay or continue to pay you unemployment benefits. If you don't respond by the deadline, we'll use the information we have to make our decision. This means we might not pay you unemployment benefits, and you might have to pay back benefits you already received.

**What you need to do**
We have more questions about when you were fired from your former job at GREEN MOUNTAIN COFFEE.
Either you or your former employer reported you were fired because you violated a standard of behavior. Answer the questions below and send us back this letter on eServices or mail or fax it to:

Employment Security Department
P.O. Box 9046
Olympia, WA 98507-9046
Fax: (800) 301-1796
Toll Free: (800) 318-6022

If you decide to answer the questions on eServices, you don't have to mail or fax in your response.

1. Did you work for this employer? ☒ Yes ☐ No

May 19, 2020

ATTENTION

JASMINE GRISSOM - HUMAN RESOURCES MANAGER
AND WHOM IT MAY CONCERN.

ON APPOX DATE MARCH 5-6 WHENEVER IT WAS, YOU AND STERLING MATCH, TELEPHONE ME. YOU INDICATED YOU NEED SPEAK WITH YOUR LEGAL DEPT, AS TO MY CONTINUE EMPLOYMENT WITH KEURIG DR. PEPPER!

YOU SAID I WOULD BE NOTIFY WITHIN 2-3 DAYS OF THE SITUTION OF MY EMPLOYMENT WITH KEURIG DR. PEPPER!

WELL THAT WAS TWO AND A HALF MONTHS AGO!
AND TWO MONTHS AGO. I ALSO SOUGHT <u>LEGAL ADVICE</u>!

ON MARCH 17, 2020 EMPLOYMENT SECURITY DEPT REQUESTED ADDITIONAL <u>INFORMATION</u> FROM ME.

IT IS CLEARLY STATED WE HAVE MORE QUESTIONS ABOUT I MICHAEL CARMON WAS FIRED FROM YOUR FORMER JOB AT GREEN MOUNTAIN COFFEE!

AND YES I DID SUBMIT ADDIONAL FACTS ON MY BEHALF TO WASHINGTON STATE SECURITY DEPT FAX ON 3/19/2020 TIME 13:54

CONTINUE OVER

Yes I clearly stated in my respone to employment security dept P.O. Box 9046, Olympia WA. 98507

I would be filing/submit a complaint against Keurig Dr. pepper!

For racial discrimination, hositle work place environment, differential treatment, of a Black man these facts can and will be prove by past employees and many present employees

Yes I also consulted legal adice also which began 3/22/2020.

Yes legal action is in progress

Furthmore your letter dated May 18, 2020 is an direct insult upon my intelligence

I am a Blackman who does not need Keurig Dr. pepper for my livelyhood

Sincerely

Mr. Mickal Leey Carma

May 19, 2020

May 18, 2020

Michael Carmon
10011 Bridgeport Way SW
#237
Lakewood, WA 98499

Dear Michael,

We have attempted to contact you regarding returning to work. To our knowledge, you have not made an attempt to contact HR, your supervisor or the call-out line to report your absences and we have not been advised of a need or request for a leave of absence under Keurig's Family Medical Leave Act policy or any other leave policies. Per the company's Attendance Policy, any absences of three consecutively scheduled work days without proper communication will be considered voluntary termination of your employment.

We request that you connect with us immediately upon receipt of this letter but no later than 5 DAYS FROM May 18, 2020 by 5:00pm. If we do not receive a response from you, we will assume you have voluntarily abandoned your position here at Keurig. Even if you do make contact, please be advised that, absent exceptional circumstances, your absences will be treated according to the company's Attendance Policy. You can contact me at 757-242-0762 or by email at jasmine.grissom@kdrp.com.

Sincerely,

*Jasmine Grissom*

Jasmine Grissom, MS, PHR, SHRM-CP
Human Resources Manager

cc: Employee Personnel file

