```
_____ FILED _____ LODGED
        _____ RECEIVED

        MAY 14 2021

    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| Plaintiff / Petitioner: <br> MICHAEL LEROY CARMON | Case No: <br> 2:21-CV-05333 BHS |
|---|---|
| Defendant / Respondent: <br> KEURIG DR. PEPPER CORPORATION | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Sat, May 08 2021 at 10:26 AM, at the address of 3324 142ND AVE E STE 200, within SUMNER, WA, the undersigned duly served the following document(s): 3 COPIES; CIVIL COVER SHEET; SUMMONS IN A CIVIL ACTION; COMPLAINT FOR A CIVIL CASE; LETTER FROM EMPLOYMENT SECURITY DEPARTMENT DATED MAR 17, 2020; LETTER FROM KEURIG DR. PEPPER DATED MAY 28, 2020; DISMISSAL AND NOTICE OF RIGHTS; LETTER FROM MR CARMON DATED MAY 19, 2020; CIVIL COVER SHEET in the above entitled action upon KEURIG DR. PEPPER CORPORATION, JASMINE GRISSOM, STERLIN HATCH, by then and there, at the usual place of business of said person(s), personally delivering 3 true and correct copy(ies) of the above documents into the hands of and leaving same with Mike Mainfield.

**Description:**
Name: Mike Mainfield
Age: 46
Ethnicity: Caucasian
Gender: Male
Weight: 190
Height: 5'7"
Hair: Brown
Eyes: Brown
Other: Glasses
Relationship: Authorized Agent / Assistant Manager On Duty

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date:   5/10/2021

JEANETTE SKINNER
28692

GreyhoundLegal.com
11105 STEELE ST S # 110
TACOMA, WA 98444
(253) 230-9675